August 9, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JEFFREY GREENBLUM, Appellant

NO. 14-12-00563-CV                         V.

SQUIRE, SANDERS & DEMPSEY LLP, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 9, 2012.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, Jeffrey Greenblum, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.